# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25CR3-WQH |
| Plaintiff, | |
| v. | ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| CARLOS DUENAS-ROBLES, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Joint Motion to Continue is granted (ECF No. 17), and the Motion Hearing/Trial Setting currently set for February 18, 2025, is continued to April 1, 2025, at 9:00 a.m. The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(D) and (7)(A) for the reasons stated in the Joint Motion to Continue.

Dated: February 13, 2025

Hon. William Q. Hayes
United States District Court

**25CR3-WQH**